## N THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMMER RAIN SANTOS, Administrator of the Estate of CHERYL PHILLIPS a/k/a CHERYL L. PHILLIPS, Deceased,<br>   Plaintiff<br><br>v.<br><br>COUNTY OF LEHIGH, and PRIMECARE MEDICAL, INC.,<br>   Defendants | : : : : : : : : : : : : | NO. _____<br><br>CIVIL ACTION – LAW<br><br>*Electronically Filed*<br><br><br><br>JURY TRIAL DEMANDED |

## **NOTICE OF REMOVAL**

AND NOW, comes Defendant PrimeCare Medical, Inc. pursuant to 28 U.S.C. § 1331 (Federal Question), § 1441 (Removal of Civil Actions) and § 1446 (Procedure for Removal of Civil Actions), who hereby removes the lawsuit captioned *Summer Rain Santos, Administrator of the Estate of Cheryl Phillips a/k/a Cheryl L. Phillips, Deceased v. County of Lehigh and PrimeCare Medical, Inc.,* filed at No. 2024-C-3859 in the Court of Common Pleas of Lehigh County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania based upon the following:

1. Plaintiff commenced this action with the filing of a Writ of Summons on November 21, 2024 in the Court of Common Pleas of Lehigh County. A copy of the docket is attached hereto as **Exhibit A**. *See* Writ of Summons attached hereto as **Exhibit B**.

2. The Writ of Summons was served on Lehigh County on December 4, 2024 and on PrimeCare Medical, Inc. on December 9, 2024. *See* Sheriff's Returns of Service attached hereto as **Exhibit C**.

3. Plaintiff filed a Complaint on January 20, 2026, in the Court of Common Pleas of Lehigh County. A copy of the Complaint is attached hereto as **Exhibit D**.

4. This civil action is removable from the state court to this Court pursuant to 28 U.S.C. § 1441.

5. The undersigned entered an appearance for PrimeCare Medical, Inc. on February 5, 2026.

6. Counsel for PrimeCare Medical, Inc. has attached to this Notice all documents it has received, even if not formally served with same at **Exhibit E**.

7. The time for removal has not expired because the Notice of Removal has been filed within thirty (30) days of service of the Complaint.

8. Plaintiff's Complaint seeks to secure Plaintiff's decedent's rights under the United States Constitution. See **Exhibit D**, ¶ 29.

9. This action is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, because there is a federal question arising under the Constitution and laws of the United States. See 28 U.S.C. § 1331.

10. PrimeCare's counsel has discussed removal with counsel for the County of Lehigh, Joshua Mazin, Esquire, and the County of Lehigh concurs with this case being removed to the United States District Court for the Eastern District of Pennsylvania.

11. A copy of the Notice of Filing Notice of Removal and a copy of this Notice of Removal have been sent to the Plaintiff. The Notice of Filing Notice of Removal will be filed with the Court of Common Pleas of Lehigh County, Pennsylvania in accordance with 28 U.S.C. § 1446(d) promptly after receiving the assignment of a Civil Action number.

WHEREFORE, Defendant PrimeCare Medical, Inc. respectfully requests that this Court remove the civil action filed in the Court of Common Pleas of Lehigh County, Pennsylvania, to this Court.

                                                Respectfully submitted,

                                                MARSHALL DENNEHEY, P.C.

                                     By:   _____
                                                JOHN R. NINOSKY, ESQUIRE
                                                PA Attorney ID No. 78000
                                                200 Corporate Center Drive, Suite 300
                                                Camp Hill, PA  17011
                                                Telephone (717) 651-3709
                                                jrninosky@mdwcg.com
Date:   February 6, 2026                *Attorney for Defendant PrimeCare Medical, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2026, the foregoing *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system. The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Removal* has served upon the following known counsel and parties of record this 6th day of February, 2026, via email:

| | |
|---|---|
| Adam D. Meshkov, Esquire<br>Meshkov & Breslin<br>830 Lehigh Street<br>Easton, PA  18042<br>adm@meshkovbreslin.com<br>*Attorney for Plaintiff* | John R. Vivian, Jr., Esquire<br>Law Offices of John R. Vivian, Jr.<br>830 Lehigh Street<br>Easton, PA  18042<br>jrvivian@verizon.net<br>*Attorney for Plaintiff* |

County of Lehigh
c/o Joshua S. Mazin, Esquire
Repka Mazin, LLC
3735 Nazareth Road, Suite 204
Easton, PA 18045
josh@repkamazinlaw.com

MARSHALL DENNEHEY, P.C.

By: *[signature]*
John R. Ninosky